```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8               FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10   KAREN A. PLACEK,
                                         NO. Civ.S-06-2661 LKK/GGH
11             Plaintiff,

12        v.                             ORDER RE DISPOSAL
                                         DOCUMENTS AFTER
13   PETSMART, and DOES 1 through 5,     NOTIFICATION OF SETTLEMENT
     inclusive,
14
               Defendant.
15                                    /
```

16       The court has been advised that this case has settled via a
17  settlement conference held before the Honorable Frank C. Damrell,
18  Jr. on May 23, 2008. Therefore, the court now orders that the
19  dispositional documents disposing of the case be filed no later
20  than thirty (30) days from the effective date of this order.
21       All hearing dates heretofore set in this matter are hereby
22  **VACATED.**
23       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
24  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
25  ////
26  ////

1

1 | <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2 |     IT IS SO ORDERED.

3 |     DATED: May 27, 2008.

```
                          /s/ Lawrence K. Karlton
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```