ROBERT P. HENK   (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
735 Sunrise Avenue, Suite 160
Roseville, CA 95661
Telephone:   (916) 787-4544
Fax:              (916) 787-4530
Email:            henkleonard@aol.com

Attorneys for Plaintiff
**KAREN A. PLACEK**

RICHARD R. GRAY (71030)
**LITTLER MENDELSON**
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833
Telephone: (916) 830-7250
Fax:             (916) 561-0828
Email:           rgray@littler.com

Attorney for Defendant,
**PETSMART, INC.**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN A. PLACEK,** | **CASE NO.:  06-CV-02661 LKK GGH** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |
| **PETSMART,** and **DOES 1 through 5**, inclusive, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

Stipulation and [Proposed] Order for Request For Dismissal

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: June 27, 2008                    **HENKLEONARD**
2                                          *A Professional Law Corporation*

3                                          /s/SHERI L. LEONARD
4                                          **SHERI L. LEONARD**
                                           Attorney for Plaintiff
5                                          **KAREN PLACEK**

7  Dated: June 27, 2008                    **LITTLER MENDELSON**

9                                          /s/RICHARD R. GRAY (as authorized on 6/27/08)
10                                         **RICHARD R. GRAY**
                                           Attorney for Defendant
11                                         **PETSMART, INC.**

14 **IT IS SO ORDERED.**

17 Dated:   June 30, 2008.

                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT

Stipulation and [Proposed] Order for Request For Dismissal

2

PDF created with pdfFactory trial version www.pdffactory.com